U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 9 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Earl Conner

v.                                   Case No. 03-cv-375-SM

New Hampshire State Prison

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 18, 2005, no objection having been filed, for the reasons set forth therein. Plaintiff's Petition for Writ of Habeas Corpus is hereby dismissed.

SO ORDERED.

September 9, 2005

Steven J. McAuliffe
Chief Judge

cc:    Earl Conner, pro se